JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BALUBHAI G. PATEL, | ) Case No. CV 23-2499 FMO (AGRx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CITY OF LOS ANGELES, et al., | ) |
| Defendants. | ) |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 14th day of July, 2023.

/s/
Fernando M. Olguin
United States District Judge